IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-00491-BO

| | |
|---|---|
| PATRICK D. LANDS,<br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF RALEIGH,<br>　　　　Defendant. | **DECLARATION OF WILLIAM E. NORDSTROM**<br>*(28 U.S.C. § 1746)* |

William E. Nordstrom, under penalty of perjury, declares and states as follows:

1. I am the Accreditation Sergeant in the Chief's Office for the City of Raleigh Police Department. I am over eighteen (18) years of age, and the information contained in this declaration is based on my personal knowledge.

2. As part of my responsibilities in my role as an Accreditation Sergeant, I am responsible for developing, updating and maintaining Raleigh Police Department policies, known as Departmental Operating Instructions, for compliance with national and state professional law enforcement standards. I am also responsible for assisting other divisions in the planning and coordination of approval of Departmental Operating Instructions.

3. All Departmental Operating Instructions are submitted by the Chief of Raleigh Police Department to the Raleigh City Manager, or her designee, for approval. The Departmental Operating Instructions do not become effective until they receive approval from the City Manager or her designee.

4. On February 21, 2014, City Manager Ruffin C. Hall approved Departmental Operating Instruction 1100-01, Executive Policies, which remains effective as of the date of this

Declaration. Exhibit 1 is a genuine copy of Departmental Operating Instruction 1100-01. Exhibit 1 is a genuine copy of Departmental Operating Instruction 1100-01.

5. On April 14, 2014, City Manager Ruffin C. Hall approved Departmental Operating Instruction 1104-07, Sick Leave, which remains effective as of the date of this Declaration. Exhibit 2 is a genuine Departmental Operating Instruction 1104-07. Exhibit 2 is a genuine copy of Departmental Operating Instruction 1104-07.

6. On March 16, 2010, City Manager J. Russell Allen approved Departmental Operating Instruction 1106-07, Secondary Employment, which remained effective until it was amended on July 20, 2018 by City Manager Ruffin Hall, and remained effective until December 10, 2019, when it was further amended by City Manager Ruffin Hall. Exhibit 3 is a genuine copy of the March 16, 2010 Departmental Operating Instruction 1106-07. Exhibit 4 is a genuine copy of the July 20, 2018 Departmental Operating Instruction 1106-07. Exhibit 5 is a genuine copy of the December 10, 2019 Departmental Operating Instruction 1106-07.

7. Raleigh Police Departmental Operating Instructions 1100-01, 1104-07 and 1106-07 are official public records required to be made available for release pursuant to N.C.G.S.§ 132-1. Departmental Operating Instructions 1100-01, 1104-07 and 1106-07 are posted and made available to the public on the City of Raleigh website:

https://cityofraleigh0drupal.blob.core.usgovcloudapi.net/drupal-prod/COR23/RPDWrittenDirectives.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

This the 18th day of January, 2022.

William H. Nordstrom
Accreditation Sergeant
City of Raleigh

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-CV-00491-BO

| | |
|---|---|
| PATRICK D. LANDS, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    **CERTIFICATE OF SERVICE** |
| CITY OF RALEIGH, | ) ) ) |
|     Defendant. | ) ) ) |

I hereby certify that on January 28, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record as shown below:

    Valerie L. Bateman                June K. Allison
    NEW SOUTH LAW FIRM       NEW SOUTH LAW FIRM
    Email: valerie@newsouthlawfirm.com    Email: june@newsouthlawfirm.com

    Respectfully submitted,

    **CITY OF RALEIGH**
    **Robin L. Tatum, City Attorney**

By:     /s/ Alice Tejada
    ALICE TEJADA
    Senior Associate City Attorney
    NC State Bar No. 23909
    P.O. Box 590
    Raleigh, NC 27602
    Telephone: (919) 996-2004
    Facsimile: (919) 996-7021
    Email: Alice.Tejada@raleighnc.gov
    ATTORNEYS FOR DEFENDANT CITY