# Request - Family Medical Leave of Absence
## (Please Print)

Request for Family or Medical Leave (FMLA leave) must be made, if practical, at least 30 days prior to the date requested leave is to begin.

Name: Patrick Lands   Date: 9/8/17

Address: 3755 Cornwallis RD   SS#: 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

Garner NC 27529   Home Phone #: 919-625-8727

**Employment Status**
(Check one)   ✓ Full Time    ___ Part Time    ___ Temporary

Hire Date: 12/8/08   Length of Service: 8 years 10 months

## Request for Leave

I request family or medical leave for one or more of the following reasons:

___ Birth or placement for adoption of a child and in order to care for this child.

  Expected Date of Birth or Adoption _____

  Leave to Start __/__/__   Expected Date of Return __/__/__

X In order to care for my spouse, child, or parent who needs my care due to a serious health condition.

  Leave to Start 9/8/17   Expected Date of Return 12/8/17

___ For serious health condition that makes me unable to perform my job.

  Provide Physician's Certification form.

  Leave to Start __/__/__   Expected Date of Return __/__/__

___ Intermittent or reduced hours leave schedule (if applicable; subject to company approval).

Describe: _____

Department Head Signature: _____   Date: __/__/__

**EMPLOYEE BENEFITS SECTION**

Please complete the following section

- Have you taken family or medical leave in the past 12 months?

  ☐ Yes ____    ☒ No ____    If yes, how many work days? _____

*The following terms and conditions are applicable to your requested FMLA leave of absence, if granted.*

- You must have been employed at least 12 months and worked 1,250 hours in the past 12 months.

- Failure to provide a medical certification, if requested, will result in a denial of FMLA leave.

- You may use any paid leave to which you are entitled, or the company may require you to exhaust your sick leave, personal, or vacation as part of your FMLA leave. You must notify us if you want to use paid leave, and the company will notify you if you must exhaust your accrued paid leave.

- A fitness for duty certificate is required of all employees returning from leave after a serious health condition.

- You will be reinstated upon return from a FMLA leave to an equivalent position.

- If you fail to return to work after the leave, you will be financially responsible for the total cost (employer and employee portions) of any and all benefits maintained during FMLA leave.

- When you return to work you must repay any amount due for the continuance of employee benefits during FMLA leave and the appropriate amount will be withheld from your paychecks.

- After the leave period specified above, if you do not return to work or contact your supervisor or manager on the date of scheduled return, you will be considered to have resigned your position with the City of Raleigh.

_____   9/8/17
Employee Signature                              DATE

Attachment A-2

## Employees on Leave of Absence

### Election to Continue or Cancel Optional Benefit Coverage

Employee Name: __Lands_____ __Patrick_____ _D_
                     Last                 First           MI

SSN: _242_ - _49_ - _3174_

Leave Dates: From: _9/8/17_____, 200_17_ to _12/8_____, 200_17_

Type of Leave: _✓_ FMLA    _____ SPECIAL LEAVE (unpaid only)

Specify if regular sick, extended sick or vacation pay leave is to be used below:

Paid: YES ____ NO _✓_    From: _9/8/17_ To: _12/8/17_ Sick/comp

Unpaid: YES ____ NO ____    From: _____ To: _____

*Based on the type of Leave of Absence that you are requesting, you may choose one of the following options with regard to the continuation or cancellation of your optional coverage benefits.*

[ ___ ]   I elect not to continue any benefit coverage during my leave of absence, and I understand that the City of Raleigh will cancel these coverages.

[ ___ ]   I elect to continue those benefit coverages that I have indicated from the attached sheet. I understand that the premiums for these benefits are due in advance and must be received by the 25th of each month to continue coverage for the following month. Arrangements will be made with the City of Raleigh Payroll Office to prepay this amount in advance at the beginning of the leave period or to make payment monthly. Failure to pay timely will result in the cancellation of these coverages.

[ ___ ]   If qualified for Family Medical Leave (FMLA), I understand that medical, dental and basic life coverage for me will continue to be provided by the city at no cost. Premiums for dependent medical, dental and basic life coverage can be deferred until I return to work from FMLA at which time the Payroll Office will work out a payment schedule to repay these amounts via payroll deduction. I further understand that if I do not return to work or if my FMLA ends and I am approved for additional Leave Without Pay, that all missed benefit premium coverages are due to the City of Raleigh at that time, and that I am required to pay the premiums for medical, dental & life coverage on myself at this point until I return to active work with the City of Raleigh.

[ _✓_ ]   I have sufficient accruals of Sick, Extended Sick, and/or Vacation Leave to cover my time away from work. All of my current deductions may continue normally.

Please fill in all payroll deductions that you wish to continue:

| Benefit Coverage | Amount |
|---|---|
| Health Insurance – Employee – Paid by city while actively working | _____ |
|     Spouse/Dependent | _____ |
| Dental Insurance – Employee – Paid by city while actively working | _____ |
|     Spouse/Dependent | _____ |
| Basic Life Insurance – Employee – Paid by city while actively working | _____ |
|     Spouse/Dependent | _____ |
| Voluntary Life Insurance – Employee | _____ |
|     Spouse | _____ |
|     Dependent | _____ |
| NC Mutual Life Insurance | _____ |
| Disability Income Plan | _____ |
| Critical Illness | _____ |
| Credit Union – Shares | _____ |
|     Loan | _____ |
|     Fire Pension | _____ |
| Supplemental Retirement Loan | _____ |
| 401k Loan | _____ |
| Child Support Garnishment (County_____) | _____ |
| Tax Garnishments (Federal, State, & County) | _____ |
| Bankruptcy Payments | _____ |
| United Way | _____ |
| Professional Dues: RPFA | _____ |
|     RPPA | _____ |
| Total Deductions *Continue as normal* | $_____ |

*I understand that if my benefit coverage/deductions are not paid according to the payment election indicated above that my benefits coverage will be cancelled by the City of Raleigh.*

_____[signature]_____      _____
Employee Signature     Witness

___9/8/17___     _____
Date     Date

**Certification of Health Care Provider for Family Member's Serious Health Condition (Family and Medical Leave Act)**

U.S. Department of Labor
Wage and Hour Division



U.S. Wage and Hour Division

DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR, RETURN TO THE PATIENT.

OMB Control Number 1235-0003
Expires: 5/31/2018

**SECTION I: For Completion by the EMPLOYER**
**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave to care for a covered family member with a serious health condition to submit a medical certification issued by the health care provider of the covered family member. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees' family members, created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: _____

**SECTION II: For Completion by the EMPLOYEE**
**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your family member or his/her medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave to care for a covered family member with a serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form to your employer. 29 C.F.R. § 825.305.

Your name: __Patrick__ __Dale__ __Lands__
            First      Middle    Last

Name of family member for whom you will provide care: ███████████████████
                                                      First    Middle    Last
Relationship of family member to you: __Father__

If family member is your son or daughter, date of birth: _____

Describe care you will provide to your family member and estimate leave needed to provide care:

__Father was involved in car crash causing__ ███████████████
███████████████████████████████████████

Employee Signature: _(signed)_    Date: __9/8/17__

SECTION III: For Completion by the HEALTH CARE PROVIDER
INSTRUCTIONS to the HEALTH CARE PROVIDER: The employee listed above has requested leave under the FMLA to care for your patient. Answer, fully and completely, all applicable parts below. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the patient needs leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), or genetic services, as defined in 29 C.F.R. § 1635.3(e). Page 3 provides space for additional information, should you need it. Please be sure to sign the form on the last page.

Provider's name and business address: Lars Gardner DO    5838 Six Forks Road Raleigh, NC 27609

Type of practice / Medical specialty: Neurosurgery

Telephone: (919) 785-3400    Fax: (919) 783-7810

PART A: MEDICAL FACTS

1. Approximate date condition commenced: 8/25/17

   Probable duration of condition: 8/25/17 - 11/25/17 approx, 1 month intermittent leave

   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   ___ No  _X_ Yes. If so, dates of admission: 8/23/17 - 8/28/17

   Date(s) you treated the patient for condition: 8/25/17, 9/8/17

   Was medication, other than over-the-counter medication, prescribed? ___ No  _X_ Yes.

   Will the patient need to have treatment visits at least twice per year due to the condition? ___ No  ___ Yes possibly

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
   _X_ No  ___ Yes. If so, state the nature of such treatments and expected duration of treatment:

   N/A

2. Is the medical condition pregnancy? _X_ No  ___ Yes. If so, expected delivery date: X

3. Describe other relevant medical facts, if any, related to the condition for which the patient needs care (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

   M48.02, S129XXA

   Employee requires 1 month intermittent leave during the period of 8/25/17 to 11/25/17 to help patient recover from surgery.

Page 2    CONTINUED ON NEXT PAGE    Form WH-380-F Revised May 2015

PART B: AMOUNT OF CARE NEEDED: When answering these questions, keep in mind that your patient's need for care by the employee seeking leave may include assistance with basic medical, hygienic, nutritional, safety or transportation needs, or the provision of physical or psychological care:

4. Will the patient be incapacitated for a single continuous period of time, including any time for treatment and recovery? __ No _X_ Yes.

   Estimate the beginning and ending dates for the period of incapacity: __8/25/17 - 11/25/17 Approx__

   During this time, will the patient need care? __ No _X_ Yes.

   Explain the care needed by the patient and why such care is medically necessary:

   _Patient will require help w/ ADLs, transportation to and from appointments, etc._

5. Will the patient require follow-up treatments, including any time for recovery? __No__ __Yes. possibly__

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   _Cannot estimate @ this time_

   Explain the care needed by the patient, and why such care is medically necessary: _Patient is recovering from [redacted] and requires help w/ ADLs, transportation, etc._

6. Will the patient require care on an **intermittent or reduced schedule basis,** including any time for recovery? __ No _X_ Yes.

   Estimate the hours the patient needs care on an intermittent basis, if any:

   ____ hour(s) per day; ____ days per week from ____ through ____

   Explain the care needed by the patient, and why such care is medically necessary:

   _Employee, Patrick Lands, requires one month **intermittent** leave from 8/25/17 to 11/25/17 to help patient recover from [redacted]._

Page 3      CONTINUED ON NEXT PAGE      Form WH-380-F Revised May 2015

7. Will the condition cause episodic flare-ups periodically preventing the patient from participating in normal daily activities? ___~~No~~___ ___~~Yes~~___. possibly

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: ~~____ times per ____ week(s) ____ month(s)~~

Duration: ~~____ hours or ____ day(s) per episode~~

Does the patient need care during these flare-ups? ____ No __✓__ Yes.

Explain the care needed by the patient, and why such care is medically necessary: __Cannot medically estimate flare-ups__

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.

Employee will require one month of **intermittent** leave during the period of 8/25/17 to 11/25/17 approx. to help patient recover from surgery.

_____  9/11/17
**Signature of Health Care Provider**   **Date**

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210.
**DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

Certification of Health Care Provider for
Family Member's Serious Health Condition
(Family and Medical Leave Act)

U.S. Department of Labor
Wage and Hour Division



DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT

OMB Control Number 1235-0003
Expires: 5/31/2018

### SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave to care for a covered family member with a serious health condition to submit a medical certification issued by the health care provider of the covered family member. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees' family members, created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: City of Raleigh/Human Resources/Benefits Division

phone: 919-996-3315 fax: 919-996-7611

### SECTION II: For Completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your family member or his/her medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave to care for a covered family member with a serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form to your employer. 29 C.F.R. § 825.305.

Your name: Patrick _____ Lands
           First       Middle    Last

Name of family member for whom you will provide care: [redacted]

Relationship of family member to you: Father

If family member is your son or daughter, date of birth: _____

Describe care you will provide to your family member and estimate leave needed to provide care:

_____

_____

_____

Employee Signature _____ Date _____

Page 1                    CONTINUED ON NEXT PAGE            Form WH-380-F Revised May 2015

SECTION III: For Completion by the HEALTH CARE PROVIDER
INSTRUCTIONS to the HEALTH CARE PROVIDER: The employee listed above has requested leave under the FMLA to care for your patient. Answer, fully and completely, all applicable parts below. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the patient needs leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), or genetic services, as defined in 29 C.F.R. § 1635.3(e). Page 3 provides space for additional information, should you need it. Please be sure to sign the form on the last page.

Provider's name and business address: __Lars Gardner | 5838 Six Forks Rd. Suite 100, Raleigh, NC, 27609__

Type of practice / Medical specialty: __Neurosurgery__

Telephone: (__919__) __785-3400__  Fax: (__919__) __783-7810__

PART A: MEDICAL FACTS

1. Approximate date condition commenced: __August 25, 2017__

   Probable duration of condition: __Aug. 25, 2017 until deemed no longer a medical necessity__

   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility? ___No __X__Yes. If so, dates of admission: __Aug. 23 to Aug. 28, 2017__

   Date(s) you treated the patient for condition: __8·25·17, 9·8·17, 9·22·17, 11·20·17, 12·18·17__

   Was medication, other than over-the-counter medication, prescribed? ___No __X__Yes.

   Will the patient need to have treatment visits at least twice per year due to the condition? ~~No~~ ~~Yes~~ __possibly__

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)? __X__No ___Yes. If so, state the nature of such treatments and expected duration of treatment:

   __N/A__

2. Is the medical condition pregnancy? __X__No ___Yes. If so, expected delivery date: _____

3. Describe other relevant medical facts, if any, related to the condition for which the patient needs care (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

   [redacted]

   Employee requires __intermittent__ leave during this time from 8·25·17 until deemed no longer a medical necessity.

---

Page 2        CONTINUED ON NEXT PAGE        Form WH-380-F Revised May 2015

PART B: AMOUNT OF CARE NEEDED: When answering these questions, keep in mind that your patient's need for care by the employee seeking leave may include assistance with basic medical, hygienic, nutritional, safety or transportation needs, or the provision of physical or psychological care:

4. Will the patient be incapacitated for a single continuous period of time, including any time for treatment and recovery? ___No  X Yes.

   Estimate the beginning and ending dates for the period of incapacity: 8-25-17 until deemed no longer a medical necessity
   During this time, will the patient need care? ___No X Yes.
   Explain the care needed by the patient and why such care is medically necessary:

   Patient will require help with ADLS, transportation to and from appointments, etc.

5. Will the patient require follow-up treatments, including any time for recovery? ~~No~~ ~~Yes~~ possibly

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   most recent appointment 12-18-17

   Explain the care needed by the patient, and why such care is medically necessary: Patient is recovering ▓▓▓▓ and will require help with ADLS, transportation, etc.

6. Will the patient require care on an intermittent or reduced schedule basis, including any time for recovery? ___ No X Yes.

   Estimate the hours the patient needs care on an intermittent basis, if any:

   _____ hour(s) per day; _____ days per week  from _____ through _____

   Explain the care needed by the patient, and why such care is medically necessary:

   Employee requires leave from 8-25-17 until deemed no longer a medical necessity to help patient recover from ▓▓▓▓

· Page 3                    CONTINUED ON NEXT PAGE                    Form WH-380-F Revised May 2015

7. Will the condition cause episodic flare-ups periodically preventing the patient from participating in normal daily activities? ___No ___Yes.

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: _____ times per _____ week(s) _____ month(s)

Duration: _____ hours or ___ day(s) per episode

Does the patient need care during these flare-ups? ___ No ___ Yes.

Explain the care needed by the patient, and why such care is medically necessary: _____

_____ unable to medically predict _____

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.

Employee will require leave from 8-25-17 until deemed no longer medically necessity, to help patient recover

_____    Dec. 20, 2017
Signature of Health Care Provider        Date

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210.
**DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

Page 4                                                                                   Form WH-380-F Revised May 2015