## Faulk, Jonathan

**From:** Carter, Diane
**Sent:** Thursday, January 13, 2022 11:46 AM
**To:** Faulk, Jonathan
**Subject:** FW: lands_patrick (2).pdf

-----Original Message-----
From: Bell, Marsha <Marsha.Bell@raleighnc.gov>
Sent: Wednesday, January 12, 2022 1:20 PM
To: Cruz, Antonio <Antonio.Cruz@raleighnc.gov>; Carter, Diane <Diane.Carter@raleighnc.gov>
Subject: FW: lands_patrick (2).pdf

Please note I am leading back to back retirement meetings daily for the next two to three weeks. I will respond to your email as soon as possible. Thank you.

Marsha Bell, CEBS
City of Raleigh, Human Resources
Retirement Administrator
222 W. Hargett Street
Raleigh, NC 27601
919-996-4697 (phone)
919-996-7611 (fax)
marsha.bell@raleighnc.gov

-----Original Message-----
From: Bell, Marsha
Sent: Monday, December 18, 2017 2:14 PM
To: Lands, Patrick <Patrick.Lands@raleighnc.gov>
Subject: RE: lands_patrick (2).pdf

Patrick,

I have concerns with the medical certification form that you sent me. Dr. Gardner has stated that you will require leave from 8/25/17 to 12/8/17 to help your father recover from surgery. This medical certification dated 12/11/2017 does not mention that you require leave beyond December 8, 2017.

You have also used all of your designated FMLA hours that began on September 8, 2017 and your 12 weeks of FMLA leave ended as of December 8, 2017. I asked you to provide another medical certification form to verify if your father's doctor would be extending your leave. I currently have you in our system on a paid leave but you are no longer in a FMLA designated status. In order to approve your request to extend your leave, I will need you to have Dr. Gardner provide another medical note. Do you need another medical certification form to take to Dr. Gardner?

Please advise.

Thanks.

Marsha Bell, CEBS, PHR, SHRM-CP
City of Raleigh, Human Resources
222 W. Hargett Street
Raleigh, NC 27601
919-996-4697 (phone)
919-996-1753 (fax)
marsha.bell@raleighnc.gov


-----Original Message-----
From: Lands, Patrick
Sent: Monday, December 18, 2017 10:48 AM
To: Bell, Marsha <Marsha.Bell@raleighnc.gov>
Subject: lands_patrick (2).pdf

Just got it back. My father had an appointment today. Let me know if I need to get you anything else.

Patrick

## Faulk, Jonathan

| | |
|---|---|
| **From:** | Carter, Diane |
| **Sent:** | Thursday, January 13, 2022 11:46 AM |
| **To:** | Faulk, Jonathan |
| **Subject:** | FW: Recertification for Your Leave - Patrick Lands |

-----Original Message-----
From: Bell, Marsha <Marsha.Bell@raleighnc.gov>
Sent: Wednesday, January 12, 2022 1:18 PM
To: Cruz, Antonio <Antonio.Cruz@raleighnc.gov>; Carter, Diane <Diane.Carter@raleighnc.gov>
Subject: FW: Recertification for Your Leave - Patrick Lands

Shannon McGowan was the former HRBP for the Police at that time. I worked with her closely.

Please note I am leading back to back retirement meetings daily for the next two to three weeks. I will respond to your email as soon as possible.  Thank you.

Marsha Bell, CEBS
City of Raleigh, Human Resources
Retirement Administrator
222 W. Hargett Street
Raleigh, NC 27601
919-996-4697 (phone)
919-996-7611 (fax)
marsha.bell@raleighnc.gov

-----Original Message-----
From: Bell, Marsha
Sent: Monday, December 18, 2017 10:43 AM
To: McGowan, Shannon <Shannon.McGowan@raleighnc.gov>
Subject: FW: Recertification for Your Leave - Patrick Lands

I need to speak to you about Patrick Lands, Police. I need your assistance with this case. His FMLA has ended and he is still out of work.

Thanks.

Marsha Bell, CEBS, PHR, SHRM-CP
City of Raleigh, Human Resources
222 W. Hargett Street
Raleigh, NC 27601
919-996-4697 (phone)
919-996-1753 (fax)
marsha.bell@raleighnc.gov

# Faulk, Jonathan

| | |
|---|---|
| **From:** | Carter, Diane |
| **Sent:** | Thursday, January 13, 2022 11:45 AM |
| **To:** | Faulk, Jonathan |
| **Subject:** | FW: Recertification for Your Leave |
| **Attachments:** | 6. Med Cert for family member.pdf |

-----Original Message-----
From: Bell, Marsha <Marsha.Bell@raleighnc.gov>
Sent: Wednesday, January 12, 2022 1:16 PM
To: Cruz, Antonio <Antonio.Cruz@raleighnc.gov>; Carter, Diane <Diane.Carter@raleighnc.gov>
Subject: FW: Recertification for Your Leave

Please note I am leading back to back retirement meetings daily for the next two to three weeks. I will respond to your email as soon as possible. Thank you.

Marsha Bell, CEBS
City of Raleigh, Human Resources
Retirement Administrator
222 W. Hargett Street
Raleigh, NC 27601
919-996-4697 (phone)
919-996-7611 (fax)
marsha.bell@raleighnc.gov

-----Original Message-----
From: Bell, Marsha
Sent: Wednesday, December 6, 2017 4:36 PM
To: Lands, Patrick <Patrick.Lands@raleighnc.gov>
Subject: Recertification for Your Leave

Patrick,

Attached is another Medical Certification form that your father's doctor must complete in order for us to review and approve your request to continue leave. Your FMLA period will end on Friday, December 8, 2017. Please return the attached medical certification form to me no later than December 20, 2017.

Please let me know if you have any questions.

Thanks.

Marsha Bell, CEBS, PHR, SHRM-CP

**Faulk, Jonathan**

| | |
|---|---|
| **From:** | Carter, Diane |
| **Sent:** | Thursday, January 13, 2022 11:45 AM |
| **To:** | Faulk, Jonathan |
| **Subject:** | FW: Return from FMLA |

**From:** Bell, Marsha <Marsha.Bell@raleighnc.gov>
**Sent:** Wednesday, January 12, 2022 1:15 PM
**To:** Cruz, Antonio <Antonio.Cruz@raleighnc.gov>; Carter, Diane <Diane.Carter@raleighnc.gov>
**Subject:** FW: Return from FMLA

*Please note I am leading back to back retirement meetings daily for the next two to three weeks. I will respond to your email as soon as possible. Thank you.*

**Marsha Bell, CEBS**
**City of Raleigh, Human Resources**
**Retirement Administrator**
**222 W. Hargett Street**
**Raleigh, NC 27601**
**919-996-4697 (phone)**
**919-996-7611 (fax)**
marsha.bell@raleighnc.gov

**From:** Bell, Marsha
**Sent:** Wednesday, December 6, 2017 9:59 AM
**To:** Scaringelli, Teresa <Teresa.Scaringelli@raleighnc.gov>; Lands, Patrick <Patrick.Lands@raleighnc.gov>
**Subject:** RE: Return from FMLA

Patrick,

Teresa is correct. Please call me today. I am back in the office today.

Thanks.

**Marsha Bell, CEBS, PHR, SHRM-CP**
**City of Raleigh, Human Resources**
**222 W. Hargett Street**
**Raleigh, NC 27601**
**919-996-4697 (phone)**
**919-996-1753 (fax)**
marsha.bell@raleighnc.gov

**From:** Scaringelli, Teresa
**Sent:** Tuesday, December 05, 2017 12:57 PM
**To:** Lands, Patrick
**Subject:** RE: Return from FMLA

You may only take 12 weeks of FML every 12 months. You can request paid Special Leave of Absence. I would give Marsha Bell in HR a call and speak with her. She is out of the office today but will return tomorrow. Her direct line is 919-996-4697.

Thanks,

**Teresa Scaringelli**
Administrative Specialist | Raleigh Police Department
6716 Six Forks Road
Raleigh, NC 27615
919-996-3350 (O) | 919-280-3810 (C) | 919-996-7515 (F)

---

**From:** Lands, Patrick
**Sent:** Tuesday, December 05, 2017 12:41 PM
**To:** Scaringelli, Teresa
**Subject:** Re: Return from FMLA

Is it possible to extend fmla past the 3 months period? Or is there another type of leave I could take. My father has not progressed enough to where he doesn't need assistance.

Sent from my iPhone

On Dec 5, 2017, at 9:47 AM, Scaringelli, Teresa <Teresa.Scaringelli@raleighnc.gov> wrote:

> Hi Patrick! I know that on your original FMLA request you had it requested until December 9th so I wanted to ensure you remembered that there was a memo to return. You will need to complete the memo and return it to me so we can get your return approved.
>
> If you have any questions please let me know.
>
> Thanks!
>
> **Teresa Scaringelli**
> Administrative Specialist | Raleigh Police Department
> 6716 Six Forks Road
> Raleigh, NC 27615
> 919-996-3350 (O) | 919-280-3810 (C) | 919-996-7515 (F)
>
> <Raleigh PD Request to Return from FMLA Leave.docx>

**Scaringelli, Teresa**

| | |
|---|---|
| **From:** | Bell, Marsha |
| **Sent:** | Wednesday, December 06, 2017 4:43 PM |
| **To:** | Scaringelli, Teresa |
| **Cc:** | McGowan, Shannon |
| **Subject:** | Patrick Lands |

Teresa,

As we discussed Patrick's FMLA period will end on Friday, 12/8. I have spoken to him and just sent another medical certification form to him to have his father's doctor complete and return to us. I told him he can use his accrued leave to extend the leave, however, we will base final approval of extension of his paid leave based on the medical certification form we receive from his father's doctor.

In the meantime, please notify his supervisor on how to code his timesheet. Beginning 12/11, have him code his leave to paid sick or vacation and do not use any more FMLA codes.

Thanks.

**Marsha Bell, CEBS, PHR, SHRM-CP**
**City of Raleigh, Human Resources**
**222 W. Hargett Street**
**Raleigh, NC 27601**
**919-996-4697 (phone)**
**919-996-1753 (fax)**
marsha.bell@raleighnc.gov

**Scaringelli, Teresa**



**From:** "Bell, Marsha" <Marsha.Bell@raleighnc.gov>
**Date:** April 5, 2018 at 9:09:33 AM EDT
**To:** "McGowan, Shannon" <Shannon.McGowan@raleighnc.gov>
**Subject:** RE: Patrick Lands

No, absolutely not.

He has not contacted me either since we last talked to him, last Thursday.

Thanks.

Marsha Bell, CEBS, PHR, SHRM-CP
City of Raleigh, Human Resources
222 W. Hargett Street
Raleigh, NC 27601
919-996-4697 (phone)

**919-996-1753 (fax)**
marsha.bell@raleighnc.gov

**From:** McGowan, Shannon
**Sent:** Thursday, April 05, 2018 8:31 AM
**To:** Bell, Marsha <Marsha.Bell@raleighnc.gov>
**Subject:** Patrick Lands

Hi Marsha,

Patrick Lands came into the Police Station and met with a Sergeant (Can't remember which one) who asked him for a doctor's note from his father's doctor. He told the Sergeant that HR said he didn't need one. I did not tell Patrick that. Did you by chance?

Thanks,
Shannon

**Shannon McGowan, SPHR, SHRM-SCP**
Sr. HR Business Partner l Human Resources Dept l City of Raleigh
222 W. Hargett Street, Suite 101
Raleigh, NC 27601
www.raleighnc.gov l Shannon.mcgowan@raleighnc.gov
919.996.4707 (O) l 919.413.2780 (C) l 919.996.7611 (F)

**Faulk, Jonathan**

| | |
|---|---|
| **From:** | Carter, Diane |
| **Sent:** | Thursday, January 13, 2022 11:46 AM |
| **To:** | Faulk, Jonathan |
| **Subject:** | FW: lands_patrick (2).pdf |

-----Original Message-----
From: Bell, Marsha <Marsha.Bell@raleighnc.gov>
Sent: Wednesday, January 12, 2022 1:22 PM
To: Cruz, Antonio <Antonio.Cruz@raleighnc.gov>; Carter, Diane <Diane.Carter@raleighnc.gov>
Subject: FW: lands_patrick (2).pdf

Please note I am leading back to back retirement meetings daily for the next two to three weeks. I will respond to your email as soon as possible. Thank you.

Marsha Bell, CEBS
City of Raleigh, Human Resources
Retirement Administrator
222 W. Hargett Street
Raleigh, NC 27601
919-996-4697 (phone)
919-996-7611 (fax)
marsha.bell@raleighnc.gov

-----Original Message-----
From: Bell, Marsha
Sent: Monday, December 18, 2017 3:00 PM
To: Lands, Patrick <Patrick.Lands@raleighnc.gov>
Subject: RE: lands_patrick (2).pdf

Yes, they did not include dates requesting leave for you beyond December 8, 2017. That is the same date they listed on the original medical certification form. They need to correct the dates if you are still required to take care of your father.

Thanks.

Marsha Bell, CEBS, PHR, SHRM-CP
City of Raleigh, Human Resources
222 W. Hargett Street
Raleigh, NC 27601
919-996-4697 (phone)
919-996-1753 (fax)
marsha.bell@raleighnc.gov

-----Original Message-----
From: Lands, Patrick
Sent: Monday, December 18, 2017 2:17 PM
To: Bell, Marsha <Marsha.Bell@raleighnc.gov>
Subject: Re: lands_patrick (2).pdf

I didn't even read the form I just forwarded the form to you when i received it. Is the issue that they put improper dates?

Sent from my iPhone

> On Dec 18, 2017, at 2:13 PM, Bell, Marsha <Marsha.Bell@raleighnc.gov> wrote:
>
> Patrick,
>
> I have concerns with the medical certification form that you sent me. Dr. Gardner has stated that you will require leave from 8/25/17 to 12/8/17 to help your father recover from surgery. This medical certification dated 12/11/2017 does not mention that you require leave beyond December 8, 2017.
>
> You have also used all of your designated FMLA hours that began on September 8, 2017 and your 12 weeks of FMLA leave ended as of December 8, 2017. I asked you to provide another medical certification form to verify if your father's doctor would be extending your leave. I currently have you in our system on a paid leave but you are no longer in a FMLA designated status. In order to approve your request to extend your leave, I will need you to have Dr. Gardner provide another medical note. Do you need another medical certification form to take to Dr. Gardner?
>
> Please advise.
>
> Thanks.
>
> Marsha Bell, CEBS, PHR, SHRM-CP
> City of Raleigh, Human Resources
> 222 W. Hargett Street
> Raleigh, NC 27601
> 919-996-4697 (phone)
> 919-996-1753 (fax)
> marsha.bell@raleighnc.gov
>
>
> -----Original Message-----
> From: Lands, Patrick
> Sent: Monday, December 18, 2017 10:48 AM
> To: Bell, Marsha <Marsha.Bell@raleighnc.gov>
> Subject: lands_patrick (2).pdf
>
> Just got it back. My father had an appointment today. Let me know if I need to get you anything else.
>
> Patrick
>

**Faulk, Jonathan**

| | |
|---|---|
| **From:** | Carter, Diane |
| **Sent:** | Thursday, January 13, 2022 11:49 AM |
| **To:** | Faulk, Jonathan |
| **Subject:** | FW: Forms |
| **Attachments:** | Lands_Patrick (3).pdf; ATT00001.htm |

**From:** Bell, Marsha <Marsha.Bell@raleighnc.gov>
**Sent:** Wednesday, January 12, 2022 1:25 PM
**To:** Cruz, Antonio <Antonio.Cruz@raleighnc.gov>; Carter, Diane <Diane.Carter@raleighnc.gov>
**Subject:** FW: Forms

*Please note I am leading back to back retirement meetings daily for the next two to three weeks. I will respond to your email as soon as possible.  Thank you.*

**Marsha Bell, CEBS**
**City of Raleigh, Human Resources**
**Retirement Administrator**
**222 W. Hargett Street**
**Raleigh, NC 27601**
**919-996-4697 (phone)**
**919-996-7611 (fax)**
marsha.bell@raleighnc.gov

**From:** Bell, Marsha
**Sent:** Wednesday, December 20, 2017 5:34 PM
**To:** Lepley, Sandra <Sandra.Lepley@raleighnc.gov>; Lee, Danette <Danette.Lee@raleighnc.gov>
**Cc:** McGowan, Shannon <Shannon.McGowan@raleighnc.gov>
**Subject:** FW: Forms

Please note that Patrick Lands began FMLA on 9/8/17 and it ended on 12/8/17. As of today's date, he has used all of his FMLA designated hours (504) to care for his father who had back surgery. He is not eligible for FMLA until 9/8/18. He has still been out of work since 12/8/17 using his paid accrued leave. Teresa Scaringelli has contacted me about him and told me that she thinks he is planning to use all of his accrued sick leave and then resign. In order for us to continue to approve his leave, I told him that he would have to provide another medical certification from his father's doctor.

I'm sending you the attached medical certification form. I have concerns about this certification because it is vague. According to the doctor's note, his doctor is stating that the employee requires leave until deemed no longer a medical necessity to help patient recover from surgery. The doctor is not giving any definite or estimated return to work date.

I will be out of the office on Thursday and Friday and returning on next Thursday. Can you follow up with his doctor to verify why the employee still needs to continue to be out of work? I cannot approve this until we get some clarity on his father's situation and why it is medically necessary for the employee to remain out of work.

I'm copying Shannon as she is aware of this situation and we need to report back to Patrick's supervisor with some estimated return to work date.

Thanks so much.

Marsha Bell, CEBS, PHR, SHRM-CP
City of Raleigh, Human Resources
222 W. Hargett Street
Raleigh, NC 27601
919-996-4697 (phone)
919-996-1753 (fax)
marsha.bell@raleighnc.gov

From: Lands, Patrick
Sent: Wednesday, December 20, 2017 8:36 AM
To: Bell, Marsha <Marsha.Bell@raleighnc.gov>
Subject: Fwd: Forms

Sent from my iPhone

Begin forwarded message:

> From: Ayesha Lynch <ALynch@raleighneurosurgical.com>
> Date: December 20, 2017 at 8:31:35 AM EST
> To: "Lands, Patrick" <Patrick.Lands@raleighnc.gov>
> Subject: RE: Forms
>
> Good Morning,
>
> I do apologize for the late response, I was out of the office yesterday. I have attached the updated forms to this e-mail. Please let me know if you have any other questions or concerns. Thank you.
>
> Ayesha Lynch
> Raleigh Neurosurgical Clinic
> (919) 785-3400
> alynch@raleighneurosurgical.com
>
> From: Lands, Patrick [mailto:Patrick.Lands@raleighnc.gov]
> Sent: Tuesday, December 19, 2017 2:39 PM
> To: Ayesha Lynch <ALynch@raleighneurosurgical.com>
> Subject: Re: Forms

Any update on the form. I have to have it turned back into hr tomorrow?

Sent from my iPhone

On Dec 18, 2017, at 2:39 PM, Ayesha Lynch <ALynch@raleighneurosurgical.com> wrote:

Good Afternoon,

Hi Mr. Lands, exactly what dates did you want filled out on the form?

Ayesha Lynch
Raleigh Neurosurgical Clinic
(919) 785-3400
alynch@raleighneurosurgical.com

**Certification of Health Care Provider for
Family Member's Serious Health Condition
(Family and Medical Leave Act)**

**U.S. Department of Labor**
Wage and Hour Division



DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR, RETURN TO THE PATIENT

OMB Control Number 1235-0003
Expires. 5/31/2018

**SECTION I:  For Completion by the EMPLOYER**
**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave to care for a covered family member with a serious health condition to submit a medical certification issued by the health care provider of the covered family member.  Please complete Section I before giving this form to your employee.  Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308.  Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees' family members, created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: City of Raleigh/Human Resources/Benefits Division

phone: 919-996-3315 fax: 919-996-7611

**SECTION II:  For Completion by the EMPLOYEE**
**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your family member or his/her medical provider.  The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave to care for a covered family member with a serious health condition.  If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3).  Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form to your employer. 29 C.F.R. § 825.305.

Your name: Patrick _____ Lands
First _____ Middle _____ Last

Name of family member for whom you will provide care: Max _____ Lands
First _____ Middle _____ Last

Relationship of family member to you: Father

If family member is your son or daughter, date of birth:_____

Describe care you will provide to your family member and estimate leave needed to provide care:

_____
_____
_____

Employee Signature _____ Date _____

Page 1                    CONTINUED ON NEXT PAGE                    Form WH-380-F Revised May 2015

**SECTION III: For Completion by the HEALTH CARE PROVIDER**
**INSTRUCTIONS to the HEALTH CARE PROVIDER:** The employee listed above has requested leave under the FMLA to care for your patient. Answer, fully and completely, all applicable parts below. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the patient needs leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), or genetic services, as defined in 29 C.F.R. § 1635.3(e). Page 3 provides space for additional information, should you need it. Please be sure to sign the form on the last page.

Provider's name and business address: Lars Gardner 5838 Six Forks Rd. Suite 100 Raleigh, NC, 27609

Type of practice / Medical specialty: Neurosurgery

Telephone: ( 919 ) 785 · 3400     Fax:( 919 ) 783 - 7810

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: August 25, 2017

Probable duration of condition: Aug. 25, 2017 until deemed no longer a medical necessity

Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility? ___No  X Yes. If so, dates of admission: Aug. 23 to Aug. 28, 2017

Date(s) you treated the patient for condition: 8·25·17, 9·8·17, 9·22·17, 11·20·17, 12·18·17

Was medication, other than over-the-counter medication, prescribed? ___No  X Yes.

Will the patient need to have treatment visits at least twice per year due to the condition? ~~No~~ ~~Yes~~ possibly

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)? X No ___Yes. If so, state the nature of such treatments and expected duration of treatment:

N/A

2. Is the medical condition pregnancy? X No ___Yes. If so, expected delivery date: _____

3. Describe other relevant medical facts, if any, related to the condition for which the patient needs care (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

Patient had a posterior C4l6 laminectomy with C3·T1 fusionsx. Employee requires intermittent leave during this time from 8·25·17 until deemed no longer a medical necessity.

**PART B: AMOUNT OF CARE NEEDED:** When answering these questions, keep in mind that your patient's need for care by the employee seeking leave may include assistance with basic medical, hygienic, nutritional, safety or transportation needs, or the provision of physical or psychological care:

4. Will the patient be incapacitated for a single continuous period of time, including any time for treatment and recovery? ___No __X__Yes.

Estimate the beginning and ending dates for the period of incapacity: _8·25·17_ _until deemed no longer a medical necessity_

During this time, will the patient need care? __No _X_ Yes.

Explain the care needed by the patient and why such care is medically necessary:

_Patient will require help with ADLS, transportation to and from appointments, etc._

5. Will the patient require follow-up treatments, including any time for recovery? __~~No~~__ ~~Yes~~ _possibly_

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

_most recent appointment 12·18·17_

Explain the care needed by the patient, and why such care is medically necessary: _Patient is recovering from back sx and will require help with ADLS, trans portation, etc._

6. Will the patient require care on an intermittent or reduced schedule basis, including any time for recovery? __ No _X_ Yes.

Estimate the hours the patient needs care on an intermittent basis, if any:

_____ hour(s) per day; _____ days per week   from _____  through _____

Explain the care needed by the patient, and why such care is medically necessary:

_Employee requires leave from 8·25·17 until deemed no longer a medical necessity to help patient recover from back sx._

7. Will the condition cause episodic flare-ups periodically preventing the patient from participating in normal daily activities? ____No ____Yes.

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: _____ times per _____ week(s) _____ month(s)

Duration: _____ hours or ___ day(s) per episode

Does the patient need care during these flare-ups? ____ No ____ Yes.

Explain the care needed by the patient, and why such care is medically necessary: _____

_____ Unable to medically predict _____

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.

Employee will require leave from 8·25·17 until deemed no longer medically necessity, to help patient recover from sx.

_____     Dec. 20, 2017
**Signature of Health Care Provider**          **Date**

### PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210.
**DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

**Faulk, Jonathan**

| | |
|---|---|
| **From:** | Carter, Diane |
| **Sent:** | Thursday, January 13, 2022 11:50 AM |
| **To:** | Faulk, Jonathan |
| **Subject:** | FW: Forms |

**From:** Bell, Marsha <Marsha.Bell@raleighnc.gov>
**Sent:** Wednesday, January 12, 2022 1:28 PM
**To:** Cruz, Antonio <Antonio.Cruz@raleighnc.gov>; Carter, Diane <Diane.Carter@raleighnc.gov>
**Subject:** FW: Forms

*Please note I am leading back to back retirement meetings daily for the next two to three weeks. I will respond to your email as soon as possible.  Thank you.*

**Marsha Bell, CEBS**
**City of Raleigh, Human Resources**
**Retirement Administrator**
**222 W. Hargett Street**
**Raleigh, NC 27601**
**919-996-4697 (phone)**
**919-996-7611 (fax)**
**marsha.bell@raleighnc.gov**

**From:** Lepley, Sandra <Sandra.Lepley@raleighnc.gov>
**Sent:** Thursday, December 21, 2017 9:14 AM
**To:** Bell, Marsha <Marsha.Bell@raleighnc.gov>; Lee, Danette <Danette.Lee@raleighnc.gov>
**Cc:** McGowan, Shannon <Shannon.McGowan@raleighnc.gov>
**Subject:** RE: Forms

*Patrick will need to get us more information since he is taking leave for his father and not himself. It is different when the patient is also an employee however this is not the case.*

*I'll touch base with Patrick.*

*Sandy Lepley, RN*
*Occupational Health Nurse Supervisor*
*Employee Health Center*
*Phone: 996-6706*
*Fax: 831-6761*

**From:** Bell, Marsha
**Sent:** Wednesday, December 20, 2017 5:34 PM
**To:** Lepley, Sandra <Sandra.Lepley@raleighnc.gov>; Lee, Danette <Danette.Lee@raleighnc.gov>
**Cc:** McGowan, Shannon <Shannon.McGowan@raleighnc.gov>
**Subject:** FW: Forms

Please note that Patrick Lands began FMLA on 9/8/17 and it ended on 12/8/17. As of today's date, he has used all of his FMLA designated hours (504) to care for his father who had back surgery. He is not eligible for FMLA until 9/8/18. He has still been out of work since 12/8/17 using his paid accrued leave. Teresa Scaringelli has contacted me about him and told me that she thinks he is planning to use all of his accrued sick leave and then resign. In order for us to continue to approve his leave, I told him that he would have to provide another medical certification from his father's doctor.

I'm sending you the attached medical certification form. I have concerns about this certification because it is vague. According to the doctor's note, his doctor is stating that the employee requires leave until deemed no longer a medical necessity to help patient recover from surgery. The doctor is not giving any definite or estimated return to work date.

I will be out of the office on Thursday and Friday and returning on next Thursday. Can you follow up with his doctor to verify why the employee still needs to continue to be out of work? I cannot approve this until we get some clarity on his father's situation and why it is medically necessary for the employee to remain out of work.

I'm copying Shannon as she is aware of this situation and we need to report back to Patrick's supervisor with some estimated return to work date.

Thanks so much.

Marsha Bell, CEBS, PHR, SHRM-CP
City of Raleigh, Human Resources
222 W. Hargett Street
Raleigh, NC 27601
919-996-4697 (phone)
919-996-1753 (fax)
marsha.bell@raleighnc.gov


**From:** Lands, Patrick
**Sent:** Wednesday, December 20, 2017 8:36 AM
**To:** Bell, Marsha <Marsha.Bell@raleighnc.gov>
**Subject:** Fwd: Forms


Sent from my iPhone

Begin forwarded message:

> **From:** Ayesha Lynch <ALynch@raleighneurosurgical.com>
> **Date:** December 20, 2017 at 8:31:35 AM EST
> **To:** "Lands, Patrick" <Patrick.Lands@raleighnc.gov>
> **Subject:** RE: Forms
>
> Good Morning,

I do apologize for the late response, I was out of the office yesterday. I have attached the updated forms to this e-mail. Please let me know if you have any other questions or concerns. Thank you.

Ayesha Lynch
Raleigh Neurosurgical Clinic
(919) 785-3400
alynch@raleighneurosurgical.com

**From:** Lands, Patrick [mailto:Patrick.Lands@raleighnc.gov]
**Sent:** Tuesday, December 19, 2017 2:39 PM
**To:** Ayesha Lynch <ALynch@raleighneurosurgical.com>
**Subject:** Re: Forms

Any update on the form. I have to have it turned back into hr tomorrow?

Sent from my iPhone

On Dec 18, 2017, at 2:39 PM, Ayesha Lynch <ALynch@raleighneurosurgical.com> wrote:

Good Afternoon,

Hi Mr. Lands, exactly what dates did you want filled out on the form?

Ayesha Lynch
Raleigh Neurosurgical Clinic
(919) 785-3400
alynch@raleighneurosurgical.com

**Faulk, Jonathan**

| | |
|---|---|
| **From:** | Carter, Diane |
| **Sent:** | Thursday, January 13, 2022 11:50 AM |
| **To:** | Faulk, Jonathan |
| **Subject:** | FW: Forms |
| **Attachments:** | Special Leave Policy.doc |

**From:** Bell, Marsha <Marsha.Bell@raleighnc.gov>
**Sent:** Wednesday, January 12, 2022 1:31 PM
**To:** Cruz, Antonio <Antonio.Cruz@raleighnc.gov>; Carter, Diane <Diane.Carter@raleighnc.gov>
**Subject:** FW: Forms

Shannon and Sandy Lepley got involved since Shannon was the HRBP and he ran out of FMLA. Attached is the Special Leave Policy that I share earlier this week and that we were administering during this time period.

*Please note I am leading back to back retirement meetings daily for the next two to three weeks. I will respond to your email as soon as possible. Thank you.*

**Marsha Bell, CEBS**
**City of Raleigh, Human Resources**
**Retirement Administrator**
**222 W. Hargett Street**
**Raleigh, NC 27601**
**919-996-4697 (phone)**
**919-996-7611 (fax)**
marsha.bell@raleighnc.gov

**From:** McGowan, Shannon <Shannon.McGowan@raleighnc.gov>
**Sent:** Friday, December 22, 2017 7:48 PM
**To:** Bell, Marsha <Marsha.Bell@raleighnc.gov>
**Cc:** Lepley, Sandra <Sandra.Lepley@raleighnc.gov>; Lee, Danette <Danette.Lee@raleighnc.gov>
**Subject:** Re: Forms

I spoke to Patrick today. He is going to send an email to his supervisor and cc us requesting special leave so that everyone is on the same page.

Sent from my iPhone

On Dec 22, 2017, at 7:08 PM, Bell, Marsha <Marsha.Bell@raleighnc.gov> wrote:

> Sandy,

I appreciate this. As I explained, I was very hesitant to continue to approve his request to remain out of work. This latest medical certification was very vague.

Thanks so much.

**Marsha Bell, CEBS, PHR, SHRM-CP**
**City of Raleigh, Human Resources**
**222 W. Hargett Street**
**Raleigh, NC 27601**
**919-996-4697 (phone)**
**919-996-1753 (fax)**
marsha.bell@raleighnc.gov

**From:** Lepley, Sandra
**Sent:** Thursday, December 21, 2017 9:14 AM
**To:** Bell, Marsha <Marsha.Bell@raleighnc.gov>; Lee, Danette <Danette.Lee@raleighnc.gov>
**Cc:** McGowan, Shannon <Shannon.McGowan@raleighnc.gov>
**Subject:** RE: Forms

*Patrick will need to get us more information since he is taking leave for his father and not himself. It is different when the patient is also an employee however this is not the case.*

*I'll touch base with Patrick.*

*Sandy Lepley, RN*
*Occupational Health Nurse Supervisor*
*Employee Health Center*
*Phone: 996-6706*
*Fax: 831-6761*

**From:** Bell, Marsha
**Sent:** Wednesday, December 20, 2017 5:34 PM
**To:** Lepley, Sandra <Sandra.Lepley@raleighnc.gov>; Lee, Danette <Danette.Lee@raleighnc.gov>
**Cc:** McGowan, Shannon <Shannon.McGowan@raleighnc.gov>
**Subject:** FW: Forms

Please note that Patrick Lands began FMLA on 9/8/17 and it ended on 12/8/17. As of today's date, he has used all of his FMLA designated hours (504) to care for his father who had back surgery. He is not eligible for FMLA until 9/8/18. He has still been out of work since 12/8/17 using his paid accrued leave. Teresa Scaringelli has contacted me about him and told me that she thinks he is planning to use all of his accrued sick leave and then resign. In order for us to continue to approve his leave, I told him that he would have to provide another medical certification from his father's doctor.

I'm sending you the attached medical certification form. I have concerns about this certification because it is vague. According to the doctor's note, his doctor is stating that the employee requires leave until deemed no longer a medical necessity to help patient recover from surgery. The doctor is not giving any definite or estimated return to work date.

I will be out of the office on Thursday and Friday and returning on next Thursday. Can you follow up with his doctor to verify why the employee still needs to continue to be out of work? I cannot approve this until we get some clarity on his father's situation and why it is medically necessary for the employee to remain out of work.

I'm copying Shannon as she is aware of this situation and we need to report back to Patrick's supervisor with some estimated return to work date.

Thanks so much.

Marsha Bell, CEBS, PHR, SHRM-CP
City of Raleigh, Human Resources
222 W. Hargett Street
Raleigh, NC 27601
919-996-4697 (phone)
919-996-1753 (fax)
marsha.bell@raleighnc.gov


From: Lands, Patrick
Sent: Wednesday, December 20, 2017 8:36 AM
To: Bell, Marsha <Marsha.Bell@raleighnc.gov>
Subject: Fwd: Forms


Sent from my iPhone

Begin forwarded message:

> From: Ayesha Lynch <ALynch@raleighneurosurgical.com>
> Date: December 20, 2017 at 8:31:35 AM EST
> To: "Lands, Patrick" <Patrick.Lands@raleighnc.gov>
> Subject: RE: Forms
>
> Good Morning,
>
> I do apologize for the late response, I was out of the office yesterday. I have attached the updated forms to this e-mail. Please let me know if you have any other questions or concerns. Thank you.
>
> Ayesha Lynch
> Raleigh Neurosurgical Clinic
> (919) 785-3400
> alynch@raleighneurosurgical.com
>
>
> From: Lands, Patrick [mailto:Patrick.Lands@raleighnc.gov]
> Sent: Tuesday, December 19, 2017 2:39 PM

**To:** Ayesha Lynch <ALynch@raleighneurosurgical.com>
**Subject:** Re: Forms

Any update on the form. I have to have it turned back into hr tomorrow?

Sent from my iPhone

On Dec 18, 2017, at 2:39 PM, Ayesha Lynch <ALynch@raleighneurosurgical.com> wrote:

> Good Afternoon,
>
> Hi Mr. Lands, exactly what dates did you want filled out on the form?
>
> Ayesha Lynch
> Raleigh Neurosurgical Clinic
> (919) 785-3400
> alynch@raleighneurosurgical.com

## Faulk, Jonathan

| | |
|---|---|
| **From:** | Carter, Diane |
| **Sent:** | Thursday, January 13, 2022 11:50 AM |
| **To:** | Faulk, Jonathan |
| **Subject:** | FW: Special Leave Request Form |
| **Attachments:** | Special Leave request.doc; Special Leave Policy.doc |

**From:** Bell, Marsha <Marsha.Bell@raleighnc.gov>
**Sent:** Wednesday, January 12, 2022 1:33 PM
**To:** Cruz, Antonio <Antonio.Cruz@raleighnc.gov>; Carter, Diane <Diane.Carter@raleighnc.gov>
**Subject:** FW: Special Leave Request Form

*Please note I am leading back to back retirement meetings daily for the next two to three weeks. I will respond to your email as soon as possible. Thank you.*

**Marsha Bell, CEBS**
**City of Raleigh, Human Resources**
**Retirement Administrator**
**222 W. Hargett Street**
**Raleigh, NC 27601**
**919-996-4697 (phone)**
**919-996-7611 (fax)**
marsha.bell@raleighnc.gov

**From:** Bell, Marsha
**Sent:** Thursday, December 28, 2017 2:55 PM
**To:** Lands, Patrick <Patrick.Lands@raleighnc.gov>
**Cc:** Lepley, Sandra <Sandra.Lepley@raleighnc.gov>; McGowan, Shannon <Shannon.McGowan@raleighnc.gov>
**Subject:** Special Leave Request Form

Patrick,

Please see the attached Special Leave Request form and policy. As we discussed today, you will complete this form and send us a letter from your doctor explaining in more detail the necessity for you to continue to be out of work to take care of your father.

Please send the completed Special Leave Request form and the doctor's letter as soon as possible next week. You told me today that your father's doctor is out of the office this week.

If you have any questions, please contact me.

Thanks.

**Marsha Bell, CEBS, PHR, SHRM-CP**
**City of Raleigh, Human Resources**
**222 W. Hargett Street**
**Raleigh, NC 27601**
**919-996-4697 (phone)**
**919-996-1753 (fax)**
marsha.bell@raleighnc.gov



· Attachment E

## REQUEST FOR SPECIAL LEAVE

Request for Special Leave should be made at least 30 days prior to the date that the requested leave is to begin (if practical).

Employee name_____ Date_____

Address_____ Phone (____) _____

Dept./Div._____ Hire Date_____

**Request for Leave**

I request Special Leave as allowed in SOP 300-12 for the following reason: _____

_____

_____

_____

I have attached documents supporting the need for this leave (example: medical—healthcare provider's certification; military leave—official military orders; educational—official acceptance or enrollment form accredited college or university.)

Date Special Leave will begin                    Expected date of return

_____                    _____

_____                    _____

Department Head Approval                    Date

_____                    _____

City Manager Approval
(If over 10 days)                                  Date

_____                    _____

City MSJ
Exhibit C-3

# STANDARD PROCEDURE

| CITY OF RALEIGH, N. C. | | MANUAL PERSONNEL |
|---|---|---|

| SUBJECT SPECIAL LEAVE | NUMBER 300-12 | REV B | EFFECTIVE DATE 5-8-91 | PAGE 1 OF 3 |
|---|---|---|---|---|
| | SUPERSEDES 300-12 (A) | PREPARED BY Personnel Director | | APPROVED BY City Manager |

**1.0 PURPOSE:**

To define special leave policies and to establish the procedure for administration of special leave policies.

**2.0 ORGANIZATIONS AFFECTED:**

All Departments/Divisions

**3.0 POLICY:**

It is the policy of the City to authorize Special Leave under certain conditions as specified in this procedure.

**4.0 PROCEDURE:**

4.1 In addition to vacation and sick leaves, a Department Head may authorize an employee to be absent without pay for personal reasons for a period not to exceed 10 work days.

4.2 The Department Head, with approval of the City Manager, may authorize special leaves of absence, with or without pay as appropriate in each case, for any period not to exceed three calendar months for the following special purposes:

4.2.1 Special Leave With Pay which will not be charged to an employee's vacation or sick leave for the following reasons:

a. Attendance at a college, university, or business school for the purpose of training in subjects related to the work of the employee and which will benefit the employee and the City.

b. Civil Leave - Serving on a jury; attending court in connection with usual official duties; or subpoenaed or directed by proper authority to appear in an official or non-official capacity as a witness for the Federal Government, the State, or a political subdivision thereof. (See Section 4.2.2.d for witness in private litigation.)

CITY OF RALEIGH, N.C.

| SUBJECT | NUMBER | REV | EFFECTIVE DATE | PAGE OF |
|---------|--------|-----|----------------|---------|
| SPECIAL LEAVE | 300-12 | B | 5-8-91 | 2  3 |

c. Administrative Leave – Attending to official business, professional conferences, or training courses where the interest of the City is involved. Such leave must be applied for in advance and shall be approved by the City Manager.

d. Other Leave – With pay for reasons acceptable to the Department Head and the City Manager.

e. Petty Leave – Attending to personal matters which cannot be transacted outside of office hours, for time lost by late reporting to work, for medical appointments, for absences due to adverse weather conditions, or for attending funerals not covered under the Sick Leave provisions, not to exceed two hours in one day or 12 hours in one year, beginning with the employee's employment date.

While Petty Leave is to be used for the purposes stated above, an explanation of specific use is not required.

f. Military Leave – Employees who are members of armed forces reserve or National Guard may be granted leave for military training up to two weeks per calendar year. Employees granted such leave shall be compensated in an amount equal to the difference between military pay and City pay. Military leave in excess of two weeks per year shall be a leave of absence without pay unless otherwise provided by the City Council.

4.2.2 Special Leave Without Pay may be granted upon the approval of the City Manager for the following reasons:

a. Urgent personal business requiring the employee's attention for an extended period such as settling estates, liquidating a business, and for purposes that are deemed beneficial to the City.

104-8

CITY OF RALEIGH, N.C.

| SUBJECT | NUMBER | REV | EFFECTIVE DATE | PAGE OF |
|---------|--------|-----|----------------|---------|
| SPECIAL LEAVE | 300-12 | B | 5-8-91 | 3  3 |

    b. Reasons of sickness, disability, or for other good and justifiable reasons which are considered to be in the best interest of the City.

    c. Employees called to active duty in the Armed Forces of the United States as a result of involuntary draft, one voluntary enlistment, or reservist called to active duty.

    d. Employees who serve as witnesses in private litigation.

4.3    The City Manager, upon recommendation of the Department Head, may approve leaves of absence with or without pay in excess of the limitations above for the purposes of attending extended courses of training at a recognized university or college and other purposes that are deemed beneficial to the City.

4.4    Attendance and leave records for all City employees shall be maintained on a current basis by the Payroll Supervisor.

106-6

**Faulk, Jonathan**

**From:** Carter, Diane
**Sent:** Thursday, January 13, 2022 11:52 AM
**To:** Faulk, Jonathan
**Subject:** FW: Letter from doctor

-----Original Message-----
From: Bell, Marsha <Marsha.Bell@raleighnc.gov>
Sent: Wednesday, January 12, 2022 1:45 PM
To: Cruz, Antonio <Antonio.Cruz@raleighnc.gov>; Carter, Diane <Diane.Carter@raleighnc.gov>
Subject: FW: Letter from doctor

Please note I am leading back to back retirement meetings daily for the next two to three weeks. I will respond to your email as soon as possible. Thank you.

Marsha Bell, CEBS
City of Raleigh, Human Resources
Retirement Administrator
222 W. Hargett Street
Raleigh, NC 27601
919-996-4697 (phone)
919-996-7611 (fax)
marsha.bell@raleighnc.gov

-----Original Message-----
From: Lands, Patrick <Patrick.Lands@raleighnc.gov>
Sent: Wednesday, January 3, 2018 11:26 AM
To: Bell, Marsha <Marsha.Bell@raleighnc.gov>
Subject: Re: Letter from doctor

Thank you. Do I need to call in sick or will I be in a special leave status

Sent from my iPhone

> On Jan 3, 2018, at 11:09 AM, Bell, Marsha <Marsha.Bell@raleighnc.gov> wrote:
>
> Patrick,
>
> We have reviewed the letter that you provided from your father's physician at the Raleigh Neurosurgical Clinic. Please note that we are allowing you to continue to use your accrued paid leave for the next six weeks based on the information provided by your father's physician. In order to extend approval for the leave beyond six weeks, we must receive another letter from your father's physician by no later than February 14, 2018. Please request the letter from

your father's physician in advance to ensure that we receive the letter by February 14th. Keep in mind we must receive the doctor's next evaluation letter by February 14th.

>

> Please let me know if you have any further questions.

>

> Thanks.

>

> Marsha Bell, CEBS, PHR, SHRM-CP

> City of Raleigh, Human Resources

> 222 W. Hargett Street

> Raleigh, NC 27601

> 919-996-4697 (phone)

> 919-996-1753 (fax)

> marsha.bell@raleighnc.gov

>

>

> -----Original Message-----

> From: Lands, Patrick

> Sent: Tuesday, January 02, 2018 5:53 PM

> To: Bell, Marsha <Marsha.Bell@raleighnc.gov>

> Subject: Letter from doctor

>

>

> Marsha,

>

> Please see attached letter. Let me know if this answers all the questions. If not we can get it adjusted.

>

> Thank you,

> Patrick

>

>

**Faulk, Jonathan**

| | |
|---|---|
| **From:** | Carter, Diane |
| **Sent:** | Thursday, January 13, 2022 11:55 AM |
| **To:** | Faulk, Jonathan |
| **Subject:** | FW: Letterhead Letter |
| **Attachments:** | lands, max (2).pdf; ATT00001.htm |

**From:** Bell, Marsha <Marsha.Bell@raleighnc.gov>
**Sent:** Wednesday, January 12, 2022 9:02 PM
**To:** Cruz, Antonio <Antonio.Cruz@raleighnc.gov>; Carter, Diane <Diane.Carter@raleighnc.gov>
**Subject:** FW: Letterhead Letter

FYI.

**Marsha Bell, CEBS**
**City of Raleigh, Human Resources**
**Retirement Administrator**
**222 W. Hargett Street**
**Raleigh, NC 27601**
**919-996-4697 (phone)**
**919-996-7611 (fax)**
marsha.bell@raleighnc.gov

**From:** Bell, Marsha
**Sent:** Saturday, February 17, 2018 2:29 PM
**To:** Lepley, Sandra <Sandra.Lepley@raleighnc.gov>
**Cc:** McGowan, Shannon <Shannon.McGowan@raleighnc.gov>
**Subject:** FW: Letterhead Letter

Sandy,

I'm sending this to you and Shannon. This is from Patrick Lands (Police Officer) who is taking time off to care for his father. Sandy, you may recall speaking to him around the first of the year and his father was in a bad car accident. It looks like he needs to take another six weeks off to continue the care for his father.

Shannon, you also spoke to Alice in the Police Dept. about him. It was decided to allow him to take 3 months of special leave. March 28 is the end of the 6 weeks. If he is no longer on special leave, we will need to decide how to handle this one.

Thanks.

**Marsha Bell, CEBS, PHR, SHRM-CP**
**City of Raleigh, Human Resources**
**222 W. Hargett Street**
**Raleigh, NC 27601**
**919-996-4697 (phone)**
**919-996-1753 (fax)**
marsha.bell@raleighnc.gov

**From:** Lands, Patrick
**Sent:** Thursday, February 15, 2018 2:57 PM
**To:** Bell, Marsha <Marsha.Bell@raleighnc.gov>; Williams, David <David.Williams@raleighnc.gov>
**Subject:** Fwd: Letterhead Letter

Please see attached. Sorry for the delay this was a soon as I could get it from my fathers doctor.

Patrick

Sent from my iPhone

Begin forwarded message:

> **From:** Ayesha Lynch <ALynch@raleighneurosurgical.com>
> **Date:** February 15, 2018 at 2:22:01 PM EST
> **To:** "Patrick.Lands@raleighnc.gov" <Patrick.Lands@raleighnc.gov>
> **Subject: Letterhead Letter**
>
> If you have any questions, please feel free to contact our office. Thank you.
>
> Ayesha Lynch
> Raleigh Neurosurgical Clinic
> (919) 785-3400
> alynch@raleighneurosurgical.com



**RALEIGH NEUROSURGICAL CLINIC INC**

Intracranial Surgery
Minimally Invasive &
Reconstructive Spine Surgery
Peripheral Nerve Surgery
Cerebrovascular Surgery

Established 1954

5838 Six Forks Road
Suite 100
Raleigh, NC 27609

Phone 919-785-3400
Fax 919-783-7778

Robert Lee Allen, MD

Lars B. Gardner, DO

Timothy B. Garner, MD

Russell R. Margraf, MD,PhD

Kenneth J. Rich, MD

Daniel Ingram, PA-C

Patricia M. Nelson, PA-C

Charlotte Spangler, PA-C

Alena A. Thomas, PA-C

Dana Johnson, PA-C

*Skull Base Consultant:*

Takanori Fukushima, MD

February 15, 2018

To whom it may concern,

I have stayed in contact with Mr. Lands and I have continually evaluated his condition and coordinated with his physical therapist. Although Mr. Lands has made progress in his recovery I do not feel that at this time it would be possible for him to have no assistance. Mr. Lands still has difficulty completing normal everyday tasks, and has daily care requirements. I'm estimating that based on his current progress he will reach a point in 6 weeks where he would need only part time assistance. I will continue to evaluate his progress, and continue to communicate with the physical therapist. If Mr. Lands reaches a point of no longer needing daily assistance before the 6 week period, then I will advised to have him switched to part time assistance at that time.

*Lars Gardner*

**Faulk, Jonathan**

| | |
|---|---|
| **From:** | Carter, Diane |
| **Sent:** | Thursday, January 13, 2022 11:55 AM |
| **To:** | Faulk, Jonathan |
| **Subject:** | FW: Patrick Lands |

**From:** Bell, Marsha <Marsha.Bell@raleighnc.gov>
**Sent:** Wednesday, January 12, 2022 9:05 PM
**To:** Cruz, Antonio <Antonio.Cruz@raleighnc.gov>; Carter, Diane <Diane.Carter@raleighnc.gov>
**Subject:** FW: Patrick Lands

FYI.

**Marsha Bell, CEBS**
**City of Raleigh, Human Resources**
**Retirement Administrator**
**222 W. Hargett Street**
**Raleigh, NC 27601**
**919-996-4697 (phone)**
**919-996-7611 (fax)**
marsha.bell@raleighnc.gov

**From:** Lepley, Sandra <Sandra.Lepley@raleighnc.gov>
**Sent:** Tuesday, February 20, 2018 10:06 AM
**To:** Nieters, Daniel <Daniel.Nieters@raleighnc.gov>
**Cc:** Bell, Marsha <Marsha.Bell@raleighnc.gov>; McGowan, Shannon <Shannon.McGowan@raleighnc.gov>
**Subject:** Patrick Lands

Patrick Lands continues to help Mr. Lands, Patrick's father, with his activities of daily living and transport to and from doctors' appointments and physical therapy. While his father has made progress it is impossible for him to have no assistance. It is estimated by Dr. Gardner that he may not need daily living assistance within the next 6 weeks and he will have him switched to part time assistance. As Mr. Lands sole provider of assistance Patrick will need additional time out of work possibly for the next 6 weeks.

As I receive more information from Dr. Gardner I will keep you informed. Please call me with any questions.

Thanks - Sandy

Sandy Lepley, RN
Occupational Health Nurse Supervisor
City of Raleigh
Employee Health Center
Phone: 919-996-6706



**RALEIGH NEUROSURGICAL CLINIC INC**

5838 Six Forks Rd
Ste 100
Raleigh NC 27609
Phone: 919-785-3400
Fax: 919-783-7778

April 9, 2018

Patient: Max D Lands Jr.
Date of Birth: 9/19/1965

To Whom It May Concern:

Max D Lands Jr. has been treated in my office.
In accordance with this patient's physical capability, the following apply:

-Mr. Lands was involved in a traumatic vehicular crash causing spinal and nerve damage. These injuries are extremely severe in nature causing long term, potentially permanent damage. Mr. Lands will still need assistance with normal day to day tasks that he was able to complete before the injury.

I will continue to be in communication with Mr. Lands as well as his Physical therapist and will continue to evaluate his condition. I will evaluate his condition again in August at his next appointment. At that time, I will provide a letter giving an update on his condition and if further assistance from his son, Patrick Lands, will be necessary at that point.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Lars Benjamin Gardner, DO

## Faulk, Jonathan

| | |
|---|---|
| **From:** | Carter, Diane |
| **Sent:** | Thursday, January 13, 2022 11:56 AM |
| **To:** | Faulk, Jonathan |
| **Subject:** | FW: Letterhead Letter |

**From:** Bell, Marsha <Marsha.Bell@raleighnc.gov>
**Sent:** Wednesday, January 12, 2022 9:06 PM
**To:** Cruz, Antonio <Antonio.Cruz@raleighnc.gov>; Carter, Diane <Diane.Carter@raleighnc.gov>
**Subject:** FW: Letterhead Letter

FYI.

**Marsha Bell, CEBS**
**City of Raleigh, Human Resources**
**Retirement Administrator**
**222 W. Hargett Street**
**Raleigh, NC 27601**
**919-996-4697 (phone)**
**919-996-7611 (fax)**
marsha.bell@raleighnc.gov

**From:** Bell, Marsha
**Sent:** Thursday, March 1, 2018 3:56 PM
**To:** Lands, Patrick <Patrick.Lands@raleighnc.gov>; Williams, David <David.Williams@raleighnc.gov>
**Cc:** McGowan, Shannon <Shannon.McGowan@raleighnc.gov>; Lepley, Sandra <Sandra.Lepley@raleighnc.gov>
**Subject:** RE: Letterhead Letter

Patrick,

We did receive the latest note that you sent from your father's doctor. Please note that your Special Leave has been extended through **March 28, 2018**. This will be the last day of the Special Leave.

Please provide the doctor's evaluation of your father's condition to us by no later than **March 21, 2018**. Please send the doctor's information directly to my attention and I will forward it to our Employee Health Center for review.

Thanks.

**Marsha Bell, CEBS, PHR, SHRM-CP**

**City of Raleigh, Human Resources**
**222 W. Hargett Street**
**Raleigh, NC 27601**
**919-996-4697 (phone)**
**919-996-1753 (fax)**
marsha.bell@raleighnc.gov

**From:** Lands, Patrick
**Sent:** Thursday, February 15, 2018 2:57 PM
**To:** Bell, Marsha <Marsha.Bell@raleighnc.gov>; Williams, David <David.Williams@raleighnc.gov>
**Subject:** Fwd: Letterhead Letter

Please see attached. Sorry for the delay this was a soon as I could get it from my fathers doctor.

Patrick

Sent from my iPhone

Begin forwarded message:

> **From:** Ayesha Lynch <ALynch@raleighneurosurgical.com>
> **Date:** February 15, 2018 at 2:22:01 PM EST
> **To:** "Patrick.Lands@raleighnc.gov" <Patrick.Lands@raleighnc.gov>
> **Subject: Letterhead Letter**
>
> If you have any questions, please feel free to contact our office. Thank you.
>
> Ayesha Lynch
> Raleigh Neurosurgical Clinic
> (919) 785-3400
> alynch@raleighneurosurgical.com

**Faulk, Jonathan**

| | |
|---|---|
| **From:** | Carter, Diane |
| **Sent:** | Thursday, January 13, 2022 11:58 AM |
| **To:** | Faulk, Jonathan |
| **Subject:** | FW: Patrick Lands - 013926 |

**From:** Bell, Marsha <Marsha.Bell@raleighnc.gov>
**Sent:** Wednesday, January 12, 2022 9:14 PM
**To:** Cruz, Antonio <Antonio.Cruz@raleighnc.gov>; Carter, Diane <Diane.Carter@raleighnc.gov>
**Subject:** FW: Patrick Lands - 013926

FYI.

**Marsha Bell, CEBS**
**City of Raleigh, Human Resources**
**Retirement Administrator**
**222 W. Hargett Street**
**Raleigh, NC 27601**
**919-996-4697 (phone)**
**919-996-7611 (fax)**
marsha.bell@raleighnc.gov

**From:** Bell, Marsha
**Sent:** Thursday, January 24, 2019 11:10 AM
**To:** Caviness, Faye <Faye.Caviness@raleighnc.gov>
**Cc:** Franklin, Catherine <Catherine.Franklin@raleighnc.gov>
**Subject:** Patrick Lands - 013926

Faye,

Good news! He has returned to work as of 12/7/18 and also was promoted to Detective. I'm returning him from Leave in Job Data. One less to follow up on.

Thanks.

**Marsha Bell, CEBS, PHR, SHRM-CP**
**City of Raleigh, Human Resources**
**222 W. Hargett Street**
**Raleigh, NC 27601**
**919-996-4697 (phone)**

**919-996-1753 (fax)**
marsha.bell@raleighnc.gov