City MSJ
Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-492-BO

| | |
|---|---|
| PATRICK D. LANDS,<br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF RALEIGH,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF GAIL SMITH**
*(28 U.S.C. § 1746)*

Gail Smith, under penalty of perjury, declares and states as follows:

1. I am employed as the City of Raleigh's Clerk. I am over eighteen (18) years of age, and the information contained in this declaration is based on my personal knowledge.

2. As the City Clerk, I am the custodian of records for all documents filed with the Raleigh Civil Service Commission.

3. The attached Order was filed on June 1, 2022 and is a true, correct and genuine copy of the records maintained in the ordinary course of business for the City of Raleigh. Exhibit 1.

4. The attached Request for Administrative Hearing Before the Civil Service Commission for Case No. 19-CSC-004 was filed on December 5, 2019 and is a true, correct and genuine copy of the records maintained in the ordinary course of business for the City of Raleigh. Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

This the 24 day of March, 2023.

1

City MSJ
Exhibit E

*Gail Smith*
Gail Smith
City Clerk
City of Raleigh



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:21-CV-491-BO

| | |
|---|---|
| PATRICK D. LANDS,<br>　　　　Plaintiff,<br>vs.<br>CITY OF RALEIGH,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and served all counsel of record by depositing a copy thereof in the United States mail and addressed as follows:

| Valerie L. Bateman<br>NEW SOUTH LAW FIRM<br>valerie@newsouthlawfirm.com | June K. Allison<br>NEW SOUTH LAW FIRM<br>june@newsouthlawfirm.com |
|---|---|

Respectfully submitted,

**CITY OF RALEIGH**
**Robin L. Tatum, City Attorney**

By:　/s/ Alice Tejada
　　　Alice Tejada
　　　Senior Associate City Attorney
　　　N.C. Bar No. 23909
　　　P.O. Box 590
　　　Raleigh, NC 27602
　　　Tel: (919) 996-2004
　　　Fax: (919) 996-7021
　　　Alice.Tejada@raleighnc.gov
　　　ATTORNEYS FOR DEFENDANT CITY
　　　OF RALEIGH

3