IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CV-00491-BO

| | |
|---|---|
| PATRICK D. LANDS, </br></br>Plaintiff, </br></br>vs. </br></br>CITY OF RALEIGH, </br></br>Defendant. | ) </br>) </br>) </br>) **THE CITY OF RALEIGH'S INDEX OF** </br>) **EXHIBITS IN SUPPORT OF ITS** </br>) **MOTION FOR SUMMARY JUDGMENT** </br>) </br>) </br>) </br>) |

**Document**                                                                                              **Exhibit No.**

Index of Exhibits..................................................................................................................A

Declaration of Teresa Scaringelli (March 17, 2023) ........................................................B

     Records of Leave-Related Communications – Exhibit 1

     FMLA Leave Approvals Record – Exhibit 2

Declaration of Marsha Bell (March 16, 2023) ..................................................................C

     FMLA Leave-Related Communications – Exhibit 1

     FMLA Application and Certifications – Exhibit 2

     Special Leave-Related Communications and Documents – Exhibit 3

Declaration of Jason Hodge (March 17, 2023)..................................................................D

     IAU Investigation Case No. C2019-014 – Exhibit 1 pp. 1-182

     IAU Investigation Case No. C2019-014 – Exhibit 1 pp. 183-366

     IAU Investigation Case No. C2019-014 – Exhibit 1 pp. 367-578

     IAU Investigation Case No. C2019-014 – Exhibit 1 pp. 579-748

     IAU Investigation Case No. C2019-014 – Exhibit 1 pp. 749-942

     IAU Investigation Case No. C2019-014 – Exhibit 1 pp. 943-1090

     IAU Investigation Case No. C2019-014 – Exhibit 1 pp. 1091-1111

     Plaintiff's Discipline – Exhibit 2

Declaration of Gail Smith (March 24, 2023) ...............................................................................E

    Raleigh Civil Service Commission Order of Continuance (June 1, 2022)- Exhibit 1 ...........

    Request for Administrative Hearing Before the Civil Service Commission for Case No. 19-CSC-004 (December 5, 2019) – Exhibit 2 ........................................................................

Declaration of Todd S. Jordan (March 21, 2023) ...................................................................... F

Deposition of Patrick Lands (August 29, 2022) ........................................................................G

30(b)(6) Deposition of Total Construction by Dale Lands, LLC (August 29, 2022) ......................H

Total Construction Responsive Documents to D.E. 29 Order ......................................................... I

Pl. Resp. to City's First Set of Interrog............................................................................................J

City's Second Supplemental Disc. Produc. Resp. ¶ 12, Bates Nos. 885-895, 1827-31, 3308-09, 3675-83 ..........................................................................................................................................K

Pl. Resp. to City's Req. for Admis................................................................................................. L

Complaint ............................................................................................................................... D.E. 1

Order Granting, in Part, Denying, in Part, City's Subpoena to TCDL  ................................. D.E. 29

This the 31st day of March, 2023.

                              **CITY OF RALEIGH**
                              **Robin L. Tatum**
                              **City Attorney**

By:     /s/Alice Tejada
            ALICE TEJADA
            NC Bar. NO 23909
            P.O. Box 590
            Raleigh, NC  27602
            Tel:   (919) 996-2004
            Fax:  (919) 996-7021
            Email:  Alice.Tejada@raleighnc.gov
            *ATTORNEYS FOR DEFENDANT*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CV-00491-BO

| | |
|---|---|
| PATRICK D. LANDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| CITY OF RALEIGH, ) | |
| ) | |
| Defendant. ) | |

I hereby certify that on March 31, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and served all counsel of record by depositing a copy thereof in the United States mail and addressed as follows:

| Valerie L. Bateman | June K. Allison |
|---|---|
| NEW SOUTH LAW FIRM | NEW SOUTH LAW FIRM |
| valerie@newsouthlawfirm.com | june@newsouthlawfirm.com |

Respectfully submitted,

**CITY OF RALEIGH
Robin L. Tatum
City Attorney**

By: /s/Alice Tejada
ALICE TEJADA
NC Bar. NO 23909
P.O. Box 590
Raleigh, NC 27602
Tel: (919) 996-2004
Fax: (919) 996-7021
Email: Alice.Tejada@raleighnc.gov
*ATTORNEYS FOR DEFENDANT*

3