UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK D. LANDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| CITY OF RALEIGH, | ) | 5:21-CV-491-BO |
| | ) | |
| Defendant. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion for summary judgment [DE 32] is GRANTED. Plaintiff's unopposed motion for leave to exceed page limitation [DE 36] is GRANTED. Defendant's unopposed motion to seal [DE 44] is GRANTED.

This case is closed.

**This judgment filed and entered on February 7, 2024, and served on:**
Valerie L. Bateman (via CM/ECF Notice of Electronic Filing)
Alice J. Tejada (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

February 7, 2024

 /s/ Lindsay Stouch
By: Deputy Clerk