IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:21-CV-491-BO

| | |
|---|---|
| PATRICK D. LANDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF RALEIGH, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEAL**

PLEASE take notice that Plaintiff hereby appeals to the United States Court of Appeals for the Fourth Circuit Court of Appeals from the Order (DE59) entered in this action on August 20, 2024, by the Honorable Terrence W. Boyle.

Respectfully submitted, this 20th day of September 2024.

/S/ VALERIE BATEMAN
Valerie L. Bateman
NC State Bar: 13417
T: 919-810-3139
NEW SOUTH LAW FIRM
209 Lloyd St., Ste 350 Carrboro, NC 27510
valerie@newsouthlawfirm.com

/S/ JUNE ALLISON
June K. Allison
NC State Bar: 9673
T: 704-277-0113
NEW SOUTH LAW FIRM
233 Laurel Avenue
Charlotte, NC 28207
june@newsouthlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF APPEAL** was served by filing the document electronically via the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 20th day of September 2024.

/S/ VALERIE BATEMAN
Valerie L. Bateman
NEW SOUTH LAW FIRM
*Attorney for Plaintiff*